UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALWAN, ABDUL § Case No. 12-19135
ALWAN, EVA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/28/2013 in Courtroom 742,
United States Courthouse
219 South Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2013         By: /s/ Andrew J. Maxwell
                                                 Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ALWAN, ABDUL                        §    Case No. 12-19135
ALWAN, EVA                          §
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,300.00 |
| and approved disbursements of | $ | 69.77 |
| leaving a balance on hand of[1] | $ | 6,230.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,380.00 | $ 0.00 | $ 1,380.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 5,588.50 | $ 0.00 | $ 4,834.25 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ 18.47 | $ 0.00 | $ 15.98 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.24 | $ 5.24 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,230.23 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 847,096.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Private Bank & Trust Co. | $ 638,741.67 | $ 0.00 | $ 0.00 |
| 000002 | JPMorgan Chase Bank, N.A. | $ 60,251.07 | $ 0.00 | $ 0.00 |
| 000003 | JPMorgan Chase Bank, N.A. | $ 148,103.73 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Abdul Alwan  
Eva Alwan  
    Debtors

Case No. 12-19135-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 2      Date Rcvd: Jul 31, 2013  
                      Form ID: pdf006      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2013.

```
db/jdb         #+Abdul Alwan,   Eva Alwan,   1009 Woodlawn Road,   Glenview, IL 60025-2361
18892690      ++CITIMORTGAGE,   5280 CORPORATE DRIVE,   BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,
                FREDERICK MD 21703-8351
               (address filed with court:  Citimortgage,   5280 Corporate Way,   Frederick, MD 21703)
18892688       +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
18892689       +Chase Bank USA,   P.O. Box 15298,   Wilmington, DE 19850-5298
18892691       +Codilis & Associates, P.C.,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
19957647       +JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                Rochester, MI 48308-0730
18892692       +Law Offices of Ira T. Nevel, LLC,   175 North Franklin St, Ste 201,   Chicago, IL 60606-1847
18892693       +Much Shelist Freed Denenberg Ament,   191 N. Wacker Drive Suite 1800,   Chicago, IL 60606-1631
18892694       +Paul J. Ochmanek,   Levenfeld Pearlstein, LLC,   2 N. LaSalle St, Ste 1300,
                Chicago, IL 60602-3709
18892695       +Plaza 440 Private Residences,   440 N. Wabash,   Chicago, IL 60611-3549
19901095       +The Private Bank & Trust Co.,   c/o Steve DeGraff & Jeff Gansberg,   Much Shelist, P.C.,
                191 N. Wacker Dr., #1800,   Chicago, IL 60606-1631
18892696       +The Private Bank and Trust Company,   70 West Madison,   Suite 200,   Chicago, IL 60602-4218
18892697       +Vericrest Financial,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
18892698      ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
                Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18921695       E-mail/Text: ECF@SHERMETA.COM Aug 01 2013 02:13:52     JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19145846*      JPMorgan Chase Bank, N.A.,   c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,
                Rochester Hills, MI  48308-0908
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2013**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: adragonet          Page 2 of 2          Date Rcvd: Jul 31, 2013
                              Form ID: pdf006          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2013 at the address(es) listed below:

        Andrew J Maxwell, ESQ   on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Annie W Lopez   on behalf of Creditor    U.S. Bank National Association... alopez@fal-illinois.com
        Dennise L. McCann   on behalf of Debtor Abdul  Alwan mccann@aandalaw.com,   wheaton@aandalaw.com
        Dennise L. McCann   on behalf of Joint Debtor Eva  Alwan mccann@aandalaw.com,
         wheaton@aandalaw.com
        Heather M Giannino   on behalf of Creditor    Vericrest Financial, Inc., f/b/o Vericrest
         Opportunity Loan Trust 2011-NPL1 bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
        Nicole A Elipas   on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
         cjcapo@maxwellandpotts.com

                                                                                  TOTAL: 9