UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
ALWAN, ABDUL                        §    Case No. 12-19135
ALWAN, EVA                          §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | Chase P.O. Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | Plaza 440 Private Residences 440 N. Wabash Chicago, IL 60611 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Private Bank and Trust Company 70 West Madison Suite 200 Chicago, IL 60602 | | | | | |
| | The Private Bank and Trust Company 70 West Madison Suite 200 Chicago, IL 60602 | | | | | |
| | Vericrest Financial P..O. Box 24610 Oklahoma City, OK 73124 | | | | | |
| | Wells Fargo Home Mortgage 8480 Stagecoach Circle Frederick, MD 21701 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 24696 Columbus, OH 43224 | | | | | |
| | The Private Bank and Trust Company 70 West Madison Suite 200 Chicago, IL 60602 | | | | | |
| 000002 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000003 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000001 | THE PRIVATE BANK & TRUST CO. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-19135 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ALWAN, ABDUL | | | Date Filed (f) or Converted (c): | 05/10/12 (f) |
| | ALWAN, EVA | | | 341(a) Meeting Date: | 07/09/12 |
| For Period Ending: | 10/30/13 | | | Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1009 Woodlawn Rd. Glenview, IL | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 2. 440 N. Wabash, Unit 4106 Chicago, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account #xxxx-4162 | 2,800.00 | 800.00 | | 0.00 | FA |
| 4. Bank of America Checking Account #4180 | 17,810.65 | 0.00 | | 0.00 | FA |
| 5. Ordinary household furnishings and goods | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 6. Ordinary clothing | 600.00 | 600.00 | | 0.00 | FA |
| 7. Mink Fur Coat (15 years old) | 500.00 | 500.00 | | 0.00 | FA |
| 8. Miscellaneous Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 9. Term life insurance policy through employer | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA - Chase | 43,169.00 | 43,169.00 | | 0.00 | FA |
| 11. IRA - Chase | 53,000.00 | 53,000.00 | | 0.00 | FA |
| 12. 401(k) | 54,000.00 | 54,000.00 | | 0.00 | FA |
| 13. Branco Dobrobov (Second Mortgage Holder for Proper | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 14. Potential Lawsuit against tenant for unpaid rent f | 7,000.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Toyota Camry | 14,620.00 | 3,820.00 | | 6,300.00 | FA |

TOTALS (Excluding Unknown Values) $2,498,999.65 $1,161,389.00 $6,300.00

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating car equity; non-exempt equity obtained
READY FOR FR

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.04

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-19135    CAD    Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | ALWAN, ABDUL | Date Filed (f) or Converted (c): 05/10/12 (f) |
| | ALWAN, EVA | 341(a) Meeting Date: 07/09/12 |
| | | Claims Bar Date: 02/26/13 |

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-19135 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ALWAN, ABDUL | Bank Name: | ASSOCIATED BANK |
| | ALWAN, EVA | Account Number / CD #: | *******8405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1804 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/27/12 | 15 | Abdul Alwan<br>1009 Woodlawn Rd<br>Glenview, IL 60025 | RCPTS - LIQUID. OF PERSONAL PROP. | 1129-000 | 6,300.00 | | 6,300.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.52 | 6,299.48 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.01 | 6,295.47 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,285.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,275.47 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 5.24 | 6,270.23 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,260.23 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,250.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,240.23 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,230.23 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,220.23 |
| 08/29/13 | 010002 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,380.00 | 4,840.23 |
| 08/29/13 | 010003 | MAXWELL LAW GROUP<br>105 W ADDAMS ST<br>SUITE 3200<br>CHICAGO, IL 60603 | Final Payment Claim 5, Payment 86.3 | | | 4,840.23 | 0.00 |
| | | | Fees 4,824.29 | 3110-000 | | | |
| | | | Expenses 15.94 | 3120-000 | | | |
| | | | Page Subtotals | | 6,300.00 | 6,300.00 | |

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-19135  -CAD |
| Case Name: | ALWAN, ABDUL |
| | ALWAN, EVA |
| Taxpayer ID No: | *******1804 |
| For Period Ending: | 10/30/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8405  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,300.00 | 6,300.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,300.00 | 6,300.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,300.00 | 6,300.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - ********8405 | | 6,300.00 | 6,300.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 6,300.00 | 6,300.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*